IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES A. SIMMONS : CIVIL ACTION
:
v. :
:
WARDEN, ALLEGHENY COUNTY JAIL, :
ET AL. :
: NO. 10-5217



FILED

DEC - 8 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 8th day of December, 2010, it is ORDERED as follows:

1. Temporary leave to proceed in forma pauperis is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Western District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3. This case shall be marked CLOSED statistically.

BY THE COURT:

JAMES KNOLL GARDNER, J.

12-9-10 mailed to Pro Se